IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CAROLYN ANN MORRIS**, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § § § § | Civil Action No. **3:17-CV-3387-L-BN** |
| **ROLANDO PABLOS**, in his official capacity as Texas Secretary of State; **THE DALLAS COUNTY DEMOCRATIC PARTY**; **and CAROL DONOVAN**, in her capacity as Party Chair, | | |
| Defendants. | | |

# <u>ORDER</u>

On July 18, 2018, United States Magistrate Judge David L. Horan entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court grant Defendant Rolando Pablos's Motion to Dismiss (Doc. 9), filed January 17, 2018; and dismiss with prejudice the claims against Rolando Pablos. The magistrate judge further recommended that the court deny Plaintiff's Amended Expedited Motion for Preliminary Injunction (Doc. 7), filed December 12, 2017, but give Plaintiff one more opportunity to amend her pleadings to plead a plausible constitutional claim against the remaining unserved Defendants based on the Texas law that she appears to challenge. No objections to the Report were filed.

Having reviewed the motions, pleadings, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and accepts them as those of the court. Accordingly, the court **grants** Defendant Rolando Pablos's Motion to Dismiss (Doc. 9), and **dismisses with prejudice** the claims asserted by Plaintiff against Rolando

Pablos. In addition, the court **denies** Plaintiff's Amended Expedited Motion for Preliminary Injunction (Doc. 7) and **directs** her to file by **August 28, 2018**, an amended complaint that sets forth a plausible constitutional claim against the remaining unserved Defendants based on the Texas law that she appears to challenge. Absent leave of court requested and granted, Plaintiff's amended complaint **shall be limited** to asserting the aforementioned claim against the remaining Defendants in this case. *Failure to file an amended complaint as directed by the court will result in dismissal without prejudice for failure to prosecute or comply with an order under Federal Rule of Civil Procedure 41(b), or dismissal with prejudice under Rule 12(b)(6) for failure to state a claim upon which relief can be granted.*

**It is so ordered** this 7th day of August, 2018.

Sam A. Lindsay
United States District Judge